```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23065
    REAVA L KING
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3020
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 08/29/2008 and was confirmed 11/06/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was dismissed after confirmation 02/05/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 3971.25 | .00 | .00 |
| CAVALRY PORTFOLIO SERV | UNSECURED | 5772.62 | .00 | .00 |
| EMERGENCY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NAVY FEDERAL CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 847.06 | .00 | .00 |
| PIERCE & ASSOCIATES | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| US DEPARTMENT OF HOUSING | SECURED NOT I | 12530.64 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,341.50 | | 1,658.94 |
| TOM VAUGHN | TRUSTEE | | | 128.71 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 1,787.65 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,658.94 |
| TRUSTEE COMPENSATION | | 128.71 |
| DEBTOR REFUND | | .00 |
| TOTALS | 1,787.65 | 1,787.65 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                     /s/ Tom Vaughn

Dated: 03/05/09                _____
                                               TOM VAUGHN
                                               CHAPTER 13 TRUSTEE